IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIEL RYAN STRICKLAND,**

    **Plaintiff,**

vs.                                        4:07cv242-SPM/WCS

**DETECTIVE LEE FULLER, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

In an order filed May 31, 2007, Plaintiff was directed to file a motion for leave to proceed *in forma pauperis* by July 1, 2007. Doc. 4. On June 8, 2007, Plaintiff's copy of that order was returned to the Clerk's office marked "Not at this Address." Doc. 5. A telephone call from Chambers to Montgomery City Jail in Montgomery, Alabama, revealed that the Plaintiff was released and did not leave a forwarding address. To date, Plaintiff has not notified the court of a new address.

Plaintiff's only submission to the court was his original complaint on May 29, 2007.  Doc. 1.  It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.  Since Plaintiff has not furnished the court with a new address, it is doubtful that he will even receive a copy of this report and recommendation.  In the event the Plaintiff does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

It is therefore RECOMMENDED that this case be DISMISSED WITHOUT PREJUDICE.

**IN CHAMBERS** in Tallahassee, Florida, on June 14, 2007.


 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO PARTIES**

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**