# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DANIEL RYAN STRICKLAND,

    Plaintiff,

vs.                                      Case. No.  4:07-CV-242-SPM/WCS

DETECTIVE LEE FULLER, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 6) dated June 14, 2007.  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed, presumably because all court mail has been returned from Plaintiff's last known institution, and Plaintiff has not filed a change of address with the court.  Plaintiff was released from his last address of record and he did not leave a forwarding address.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. This case is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this <u>second</u> day of July, 2007.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

Case No.: 5:04CV66-SPM/AK